IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BARBARA MICHELLE BUSH<br>       Plaintiff, | * | |
| v. | * | Civil Action Case No. DKC-10-608 |
| AFNI, INC.<br>VERIZON | * | |
|        Defendants. | * | |
| | *** | |

## MEMORANDUM OPINION

Plaintiff Barbara Michelle Bush ("Bush") remains on conditional release while her federal criminal charges are pending. *See United States v. Bush*, Criminal No. L-06-0202 (D. Md.). This *pro se* complaint, filed on March 4, 2010, seemingly raises a claim "In Tort" against a collection agency and telephone/internet network company. The Complaint is difficult to decipher. It appears that Defendant AFNI, Inc. is attempting to collect $367.58, which Bush allegedly owes to the original creditor, Verizon, Inc. Bush claims that her federal defense attorneys or the Montgomery County Correctional Facility are responsible for the bill. Paper No. 1. She asks to be left alone. Bush seeks a waiver of the civil filing fee. The request shall be granted.

This court may preliminarily review the Complaint allegations before service of process and dismiss them pursuant to 28 U.S.C. § 1915(e) prior to service if satisfied that the Complaint has no factual or legal basis and is frivolous on its face. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1314 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951 (4th Cir. 1995). As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fantastic or delusional

scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

Plaintiff's factual statement of claim is fanciful at best. She claims that her court-appointed defense attorneys or a local correctional facility are responsible for her Verizon bill from 2006. The action has no basis in law and fact and shall be dismissed as frivolous without service of process on Defendants. A separate order shall follow.


Date:  ____3/18/10_____          _____/s/_____
                                        DEBORAH K. CHASANOW
                                        United States District Court Judge